UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICHOLUS ROLFTON HENRY,<br><br>      Plaintiff,<br><br>  v.<br><br>STATE OF WASHINGTON,<br><br>      Defendant. | CASE NO. 3:22-cv-05673-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 2) |

  On September 13, 2022, Plaintiff Nicholus Rolfton Henry filed a Motion for Leave to Proceed *In Forma Pauperis*. (Dkt. No. 1.) Plaintiff's proposed complaint alleged that Bailey James Wilcox, Mason County Prosecuting Attorney, was a foreign agent and had violated the Foreign Agents Registration Act. (Dkt. No. 1-1 at 5.)

  On September 16, 2022, United States Magistrate Judge David W. Christel, finding that Plaintiff had failed to state a claim upon which relief could be granted and that Plaintiff should not be granted leave to file an amended complaint, issued a Report and Recommendation ("R&R") proposing that Plaintiff's complaint be dismissed, his application to proceed *in forma*

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 2) - 1

*pauperis* be denied, and that this case be closed. (Dkt. No. 2.) Plaintiff did not file an objection to Judge Christel's R&R.

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's proposed complaint is DISMISSED for failure to state a claim, the application to proceed *in forma pauperis* is DENIED, and the Clerk is DIRECTED to close this case.

(3) The Clerk is DIRECTED to send copies of this Order to Plaintiff and to the Hon. David W. Christel

Dated this 14th day of October, 2022.

David G. Estudillo
United States District Judge